UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
CASE NO.

**00-6174**
**CIV-SEITZ**

UNITED STATES OF AMERICA,

    Plaintiff,   MAGISTRATE JUDGE
                        GARBER

v.

GARY G. PAPA,

    Defendant.
_____/

CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ___ Yes ✓ No

                                      Respectfully submitted,

                                      THOMAS E. SCOTT
                                      UNITED STATES ATTORNEY

                                      BY: MARY F. DOOLEY
                                      ASSISTANT U.S. ATTORNEY
                                      99 N.E. 4TH STREET, Suite 300
                                      Miami, FL 33132
                                      Tel No. (305) 961-9377
                                      Fax No. (305) 530-7195
                                      Bar No. A5500282

DATED   1/31/00