*AO 88 (Rev. 11/91) Summons in a Civil Action*

---

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**United States of America**

v.

**GARY G. PAPA**

SUMMONS IN A CIVIL ACTION

Case Number: **00-6174 CIV-SEITZ**

MAGISTRATE JUDGE
GARBER

**TO:** *(Name and Address of Defendant)*

**GARY G. PAPA**
**3333 N.E. 34TH STREET**

**APT. 906**
**FORT LAUDERDALE, FL 333086911**

**YOU ARE HEREBY SUMMONED** to and required to serve upon plaintiff's attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

**CLARENCE MADDOX**
**CLERK OF THE COURT**

*[signature]*

**BY DEPUTY CLERK**

2/2/00 _____ DATE

#3