UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE No. 00-6174-CIV-SEITZ

UNITED STATES OF AMERICA,
          Plaintiff,

v.

GARY G. PAPA,
          Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, United States of America, by and through its undersigned attorney, and dismisses this cause with prejudice as to the defendant GARY G. PAPA, pursuant to Federal Rule of Civil Procedure 41 (a) (1) (i).

          Respectfully submitted,

          THOMAS E. SCOTT
          UNITED STATES ATTORNEY

By:  MARY F. DOOLEY
      ASSISTANT U.S. ATTORNEY
      99 N.E. 4TH STREET, Suite 300
      Miami, FL 33132
      Tel No. (305) 961-9377
      Fax No. (305) 530-7195
      Florida Bar No. 112933

DATED 3/31/00

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the forgoing document was mailed, postage paid, this 3 day of April, 2000 to:

>Gary G. Papa
>3333 N.e. 34th Street
>APT. 906
>Fort Lauderdale FL, 333086911

MARY F. DOOLEY
Assistant U. S. Attorney