UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE No. 00-6174-CIV-SEITZ



UNITED STATES OF AMERICA,
    Plaintiff,

v.

GARY G. PAPA,

    Defendant(s).

**CLOSED CIVIL CASE**

_____/

### ORDER OF DISMISSAL

Plaintiff, United States of America, having submitted a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1), Fed.R.Civ.P., to dismiss this case with prejudice, and this Court having reviewed the record, and being fully appraised in the premises, it is hereby

ORDERED that this case is dismissed with prejudice; and it is further

ORDERED that the Clerk of the Court is instructed to close this case. All pending motions are DENIED AS MOOT.

DONE and ORDERED in Chambers at MIAMI, Florida this 10th day of April, 2000.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: MARY F. DOOLEY, AUSA
    GARY G. PAPA